*#99-11089*
*BRANTMEIER*

**JPMORGAN CHASE BANK**
4 New York Plaza, 17th Floor, New York, NY 10004

**VOID AFTER 90 DAYS**    118
1-2/210

| Case | Debtor |
|---|---|
| 99-11089 B | BRANTMEIER, MICHAEL PHILIP |
| 3128 10846366 | |

TID #380290
MICHAEL CHIASSON
P. O. BOX 55700
METAIRIE LA 70055-5700

Date 08/06/2004    $ ******22,330.15

~~~Twenty-Two Thousand Three Hundred Thirty Dollars and 15/100

Pay to the Order of:
U.S. BANKRUPTCY COURT
500 POYDRAS STREET
SUITE B-601
NEW ORLEANS LA 70130-0000

Trustee

⑊00000118⑊ ⑊021000021⑊ 312810846366⑊

RELIEF
ORDERED
FEE PD
CONF
D.C.
CRD
JG
EA
SECT

8/16/04

# 22330 15/—
Deposited to
Treasury 6047BK

Michael Chiasson, Panel Trustee
United States Bankruptcy Trustee        (504) 284-5752
Post Office Box 55700
Metairie, La. 70055 - 5700

August 6, 2004

Financial Administrator
United States Bankruptcy Court
500 Poydras Street, Suite B - 601
New Orleans, La. 70130

Re: Case No.:    **99-11089-B**
    CASE Name:   **BRANTMEIER, MICHAEL PHILIP**

Dear Sir/Madam:

Pursuant to Rule 3011, Rules of Bankruptcy Procedure, I am transmitting to you, for deposit to the registry of the court, my check on this estate's bank account, which represents amounts due to:

| Creditor's name and address | Amount, pursuant to Rule 3011 |
|---|---|
| USA GROUP LOAN SERVICE, INC.<br>P.O. BOX 6179<br>INDIANAPOLIS, IN. 46206-6179 | $22,330.15 |

My check is being sent to you because I issued a check for the same amount to the creditor(s) named above and it has been returned to be by the Post Office as it could not be delivered.

Sincerely;

Michael Chiasson, Trustee