UNITED STATES BANKRUPTCY COURT **FILED**
EASTERN DISTRICT OF LOUISIANA

IN RE Brantmeier, Michael Philip          BANKRUPTCY CASE NO. 99-11089

Debtor(s)                                  CHAPTER 7

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

I, SLM Corporation, Success., the undersigned claimant, move the court for an order disbursing the funds on deposit in this estate for the following reasons:

1. On 08/06/2004, the trustee of this estate deposited the sum of $22,330.15, belonging to USA Group Loan Service Inc., with the Clerk of the Bankruptcy Court under 11 U.S.C. § 347(a).

2. I seek payment of these unclaimed funds to Claimant Name: at the following address: 12061 Bluemont Way Reston, VA 20190.

3. I have provided the United States Attorney for the Eastern District of Louisiana with a copy of this motion.

4. I state under penalty of perjury that I am legally entitled to claim these amounts for whom the unclaimed funds were deposited in this bankruptcy case. I certify that, to the best of my knowledge, all information and documents submitted in support of this motion are true and correct.

Signature: Michael [signature]

Claimant Name: SLM Corporation, Successor-in-Interest
Mailing Address: to USA Group Loan Service Inc.
City, State, Zip Code: 12061 Bluemont Way Reston, VA 20190
Telephone Number: (703) 810-3000
Email (If filed electroncially)

Subscribed and Sworn Before Me this 22 day of September, 2010.

[signature] Laura Jeanette Huber
Notary Public in and for the State of Virginia, County of Fairfax
My commission expires: 01/31/2011
Reg. # 7148131

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE  Brantmeier, Michael Philip        BANKRUPTCY CASE NO. 99-11089

Debtor(s)                                 CHAPTER 7

## CERTIFICATE OF SERVICE

I, ___SLM Corporation___, certify that on _____, a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the United States Attorney Office, c/o Hale Boggs Building, 500 Poydras Street, Suite 210-B, New Orleans, Louisiana, 70130 by first class mail, postage prepaid.

Signature: _[signature]_

Claimant Name:       SLM Corporation
Mailing Address:     Successor to USA Group Loan Service Inc
City, State, Zip Code: 12061 Bluemont Way, Reston, VA  20190
Telephone Number:    (703) 810-3000
Email (If filed electroncially)