# DILKS & KNOPIK, LLC

"When Success Matters"

February 16, 2011

U.S. Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130

FILED

2011 FEB 22 A 11:42

RE: Application for the Release of Unclaimed Funds
Case No: 99-11089
Debtor: Michael Philip Brantmeier

To whom it may concern:

We have recently submitted an Application for Release of Unclaimed Funds electronically via CM/ECF originally owing to USA Group Loan Service, Inc. in the amount of $22,330.15.

An order was filed for Dilks & Knopik, LLC to appear at a hearing for to show cause. This was filed because two branches of the Sallie Mae filed for the same funds. SLM Corporation has withdrawn their application and would like our application to go through.

Since only one company is now applying for the funds, Dilks & Knopik, LLC asks the court if the order to appear and show cause can be withdrawn.

Thank you for your attention to this matter.

Sincerely,

Brian J. Dilks

1760 Newport Way NW | Phone (425) 836-5728
PO Box 2728 | Fax (425) 650-9930
Issaquah, WA 98027 | Email admin@dilksknopik.com

www.dilksknopik.com