UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**MICHAEL PHILIP BRANTMEIER**

DEBTOR(S)

**BANKRUPTCY NO.
99-11089
SECTION "B"
CHAPTER 7**

## ORDER

Considering the request to withdraw application filed by SLM Corporation **(P-101)**,

**IT IS ORDERED** that the motion for payment of unclaimed funds filed by SLM Corporation **(P-96)** is **WITHDRAWN.**

**IT IS FURTHER ORDERED** that the Order to Show Cause **(P-99)** scheduled for hearing on March 16, 2011 is **DISMISSED AS MOOT.**

New Orleans, Louisiana, February 24, 2011.

*/s/ J. A. Brown*
JERRY A. BROWN
BANKRUPTCY JUDGE