UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**MICHAEL PHILIP BRANTMEIER**

DEBTOR(S)

BANKRUPTCY NO.
99-11089
SECTION "B"
CHAPTER 7

## ORDER

The Court has considered the Motion for Payment of Unclaimed Funds filed by Sallie Mae, Inc. c/o Dilks & Knopik, LLC at the following address: P.O. Box 2728, Issaquah, WA 98027-0125, requesting payment of unclaimed funds in the amount of $22,330.15. The motion and the documents attached establish that the claimant is entitled to the unclaimed funds and that proper notice of the motion was given to the United States Attorney for the Eastern District of Louisiana. Accordingly,

**IT IS ORDERED** that the motion for payment of unclaimed funds is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court issue a check payable to Sallie Mae, Inc. c/o Dilks & Knopik, LLC in the amount stated above and mail the check to the above address.

New Orleans, Louisiana, July 19, 2011.

JERRY A. BROWN
BANKRUPTCY JUDGE